# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DELLA YEAGLEY,**

      **Plaintiff,**

v.                                   Case No:   6:14-cv-1250-Orl-40GJK

**CLIENT SERVICES, INC.,**

      **Defendant.**

## ORDER OF DISMISSAL

The Court has received the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, (Doc. 7) filed August 8, 2014.   Accordingly, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.   All pending motions are **DENIED** as moot.   The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 11, 2014.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties